DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:94-CR-00008(JKS) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | APPLICATION AND AFFIDAVIT FOR |
| ) | ISSUANCE OF WRIT OF EXECUTION |
| STEVEN ROY SMITH, ) | ON PERMANENT FUND DIVIDEND |
| ) | |
| Defendant. ) | |
| ) | |

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

I, RICHARD L. POMEROY, hereby state on oath:

1. Judgment for $120,050.00 was imposed on February 16, 1995, in the above-entitled court and action, in favor of the United States of America as judgment creditor and against STEVEN ROY SMITH as judgment debtor.

2. I am the attorney for said judgment creditor and I request issuance of a Writ of Execution on the judgment.

3. The judgment debtor was represented by counsel.

4. The judgment entered is not a default judgment.

5. ACCRUED since the entry of judgment are the following sums:

$0.0 accrued interest, computed at 0%.

$254.00   accrued costs.

6. CREDIT must be given for payments and partial satisfaction in the total amount of:

| | |
|---|---|
| $89,320.33 | which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of: |
| 7.  $30,983.67 | ACTUALLY DUE on June 9, 2006. Of this total, $30,729.67 is the amount of the original judgment as entered, which still remains due and bears interest at 0%. |

8. The United States seeks to satisfy the balance owing on the judgment by levying against the Alaska Permanent Fund Dividend which is to be issued to the above-named defendant.

9. The Alaska Permanent Fund dividend is subject to attachment pursuant to the provisions of Alaska Statute 43.23.065.

10. This is a levy for satisfaction of a federal criminal fine or penalty and, pursuant to AS 43.23.065(b)(4), may attach up to 100% of the Permanent Fund Dividend payable to this debtor.

11. This is a levy for satisfaction of court-ordered restitution and, pursuant to AS 43.23.065(b)(2), may attach up to 100% of the Permanent Fund Dividend payable to this debtor.

//

//

//

//

//

DATED this 16th day of June, 2006, at Anchorage, Alaska.

    DEBORAH M. SMITH
    Acting United States Attorney

    /s/ Richard L. Pomeroy
    RICHARD L. POMEROY
    Assistant U.S. Attorney
    222 West 7th Avenue # 9, Room 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-5071
    Fax: (907) 271-2344
    Email: richard.pomeroy@usdoj.gov
    AK #8906031

SUBSCRIBED AND SWORN TO before me this 16th day of June, 2006, at Anchorage, Alaska.

    NOTARY PUBLIC
    State of Alaska
    My Commission Expires: 11/17/08

U.S. vs. STEVEN ROY SMITH
Case No.: 3:94-CR-00008(JKS)