Case 3:94-cr-00008-JKS   Document 248   Filed 10/24/2007   Page 1 of 4



| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

**RECEIVED** OCT 24 2007 CLERK U.S. DISTRICT COURT ANCHORAGE, AK

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>3:94-cr-008-JKS |
|---|---|
| DEFENDANT<br>Steven Roy Smith | TYPE OF PROCESS<br>Writ of Garnishment |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Alaska, Department of Revenue, Enforcement Division

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
616 E Street, Anchorage, Alaska 99504, Attn: Public Service Dept.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, AK 99513-7567

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve writ to attach debtor's Alaska Permanent Fund Dividend.
Do not prepare additional USMS Notice of Levy for this writ package.

Receipt #131533
$1652.00  10/24/07 ps

Signature of Attorney or other Originator requesting service on behalf of:
Richard L. Pomeroy, AUSA    ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 907-271-5071
DATE: 7/25/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. ___ | District to Serve<br>No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Linda Norris PFD Tech II

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 7/26/07    Time: 1330 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | | | | | | |

REMARKS: RETURNED 10/24/2007
RECEIVED CHECK #57779564
IN AMOUNT OF $1,652.00

| PRIOR EDITIONS<br>MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STEVEN ROY SMITH )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:94-cr-0008 |

**U.S. MARSHALS RETURN ON WRIT OF EXECUTION**

    I, Randy M. Johnson, United States Marshal for the District of Alaska, do hereby certify and return that a copy of this writ was served on the State of Alaska Permanent Fund Dividend office on **July 26, 2007,** by Deputy U.S. Marshal **Andrew Arnold** and that on **October 24, 2007** this office did receive a State of Alaska Treasury Warrant Check No. **57779564** made payable to the Clerk of Court in the amount of **$1,652.00**.

    I hereby return said check to the U.S. District Court **partially** satisfying this Writ of Execution, dated this **24th** day of **October, 2007** at Anchorage, Alaska.

RANDY M. JOHNSON
United States Marshal
District of Alaska

By: _____
Deputy U.S. Marshal

04154

# Notice of Levy
## On Alaska Permanent Fund Dividend
## By a Court Writ

To: State of Alaska
   Department of Revenue
   Permanent Fund Dividend Division

From: United States Marshals
   222 W. 7th Avenue, #28
   Anchorage, AK 99513-7504
   Phone (907) 271-5154

**- For PFD Division Use Only -**
PFD Server Code
**G0137**
Location_____
Priority_____

____ Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice _____.
***Highlight information being corrected or added.***

**Case Number**   3:94-CR-00008-JKS

Case type must be one of the following:
CI (Civil)
CN (Child in Need of Aid)
CP (Children Proceeding)
**CR (Criminal)**
DL (Delinquency)
DR (Domestic Relations)
DV (Domestic Violence)
PR (Probate)
SC (Small Claims)

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

**Judgment Debtor Name:** Steven Roy Smith
   **AKA or Alias:**
**Social Security Number:**   SSN Redacted
   **Date of Birth:** DOB Redacted

Amount of Writ $28,778.71
Service Fee $
Interest to October 15 $
Total Due $

| Service Agent | | Date |
|---|---|---|
| Signature | | 7/26/07 |
| Printed Name ANDREW ARNOLD | | Title DUSM |

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

(Rev. 11/04)

04154

---

Not Negotiable - See important tax information on the back of this form. 00003055

**1099-MISC**

Payer's Name: State of Alaska
Federal ID: 92-6001185

Case Id: 3CR948JKS
Applicant's Name:
SMITH, STEVEN R

---

| | | | |
|---|---|---|---|
| Warrant Issue Date: | 10/17/2007 | Warrant Amount. . . . . . . . . . | $1,652.00 |
| Warrant Number: | 57779564 | CLERK OF COURT | |
| | | 222 W 7TH AVE #28 | |
| PFD ALN: | 07304942 | ANCHORAGE AK   99513 | |

---

Funding for PFD dividends comes from:
* Permanent Fund earnings:
    Constitutional dedication of funds         $591.88
    Legislative action:
       Statutory inflation proofing              659.52
       Special legislative appropriations        439.68
* Reimbursements to the Dividend Fund            0.00
* Unexpended prior year Dividend Funds          18.96

    Total Gross Dividend                     $1,710.04

The Total Gross Dividend has been reduced for:
* Medical and Public Assistance hold
    harmless provisions of AS 43.23.075        -$21.33
* Legislative appropriation of convicted
    and incarcerated felon and misdemeanant
    dividends                                   -18.98
* Dividend program administrative costs        -12.95
* Prior year dividend obligations               -2.78

    Net Dividend                             $1,654.00

---

An individual is not eligible for a dividend when, during all or part of the calendar year immediately preceding that dividend year, the individual was:
* sentenced as a result of a felony conviction,
* incarcerated as a result of a felony conviction, or
* incarcerated as a result of a misdemeanor if the individual was convicted of a prior felony, or two or more prior misdemeanors.

Total funds that would have been paid as 2006 dividends to individuals not eligible under this provision were $11,469,212.

The legislative purpose for making these individuals not eligible to receive a dividend is to:
* obtain reimbursement for some of the costs imposed on the state criminal system relating to incarceration or probation; and
* provide funds for services for and payments to crime victims and for grants for the operation of domestic violence and sexual assault programs.

Total funds appropriated for FY 2008 under this purpose are:
* Department of Corrections                              $6,211,400
* Council on Domestic Violence and Sexual Assault         3,789,600
* Violent Crimes Compensation Board                       1,067,600
* Office of Victims' Rights                                 400,600
                                                         -----------
Total appropriations                                    $11,469,200
                                                         ===========

Dividend Information Offices: Anchorage (907) 269-0370 Fairbanks (907) 451-2820 Juneau (907) 465-2326 Inside Alaska 1-800-773-8813