IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:94-cr-00008-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER TO RELEASE PFD FUNDS |
| | ) | |
| STEVEN ROY SMITH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Plaintiff's motion to release the attached Permanent Fund Dividend is hereby GRANTED.

    The attached funds, in the amount of $1,652.00, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0010-504100 as payment toward defendant's criminal fine.

    IT IS SO ORDERED.


DATED: 11/27/2007                                /s/James K. Singleton, Jr.
                                                               U.S. DISTRICT COURT JUDGE